Lidas Medical Supply, Inc., as Assignee of Gonzales, Luis, Respondent, 
against
Global Liberty Insurance, Appellant. 




Law Office of Jason Tenenbaum, P.C. (Jason Tenenbaum of counsel), for appellant.
Law Office of John Gallagher, PLLC (John Gallagher of counsel), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Andrew S. Borrok, J.), entered July 6, 2017. The order, insofar as appealed from, denied defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and defendant's cross motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from so much of an order of the Civil Court as denied defendant's cross motion which had sought summary judgment dismissing the complaint on the ground that plaintiff had failed to appear for duly scheduled examinations under oath.
For the reasons stated in Right Aid Med. Supply Corp., as Assignee of Kusi Comfort v Ameriprise Auto & Home (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2017-1776 K C], decided herewith), the order, insofar as appealed from, is reversed and defendant's cross motion for summary judgment dismissing the complaint is granted.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 02, 2019